DENISE BROUSSARD : 14th JUDICIAL DISTRICT COURT

VS. NO. 2024-0341 : PARISH OF CALCASIEU

WAL-MART STORES, INC. : STATE OF LOUISIANA

FILED: JAN 26 2024 : DEPUTY CLERK OF COURT

**PETITION FOR DAMAGES**

The petition of DENISE BROUSSARD, a resident of the full age of majority, residing in Hayes, Calcasieu Parish, Louisiana, respectfully represents that:

1.

Made defendant herein is WAL-MART STORES, INC., a Delaware corporation, authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of legal process, C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

On or about February 23, 2023, petitioner, DENISE BROUSSARD, was at Wal-Mart Store #469 located at 3451 Gerstner Memorial Boulevard, Lake Charles, Calcasieu Parish, Louisiana, and was exiting the store, when suddenly and without warning, her shoe caught on the edge of a mat and she fell, thereby causing the damages and injuries as set forth below.

3.

The aforesaid fall was in no way attributable to the fault of petitioner, DENISE BROUSSARD, but on the contrary, was due to the fault and responsibility of defendant, WAL-MART STORES, INC., its agents, servants, and employees, whose fault includes, but is not limited to:

a. Failure to provide a safe environment in its store;

b. Having a mat with a raised edge, which created a trip hazard;

c. Allowing an unsafe mat to remain at the exit of the store;

d. Failing to maintain the exit of the store in a safe condition;

e. Failing to inspect the premises;

f. Failing to warn petitioner and other patrons of the unsafe condition when the defendant knew, or should have known, of the unsafe mat at the exit of the store.

EXHIBIT A

4.

As a result of the fall, petitioner, DENISE BROUSSARD, suffered injuries and damages including, but not limited to knee pain and shoulder pain.

5.

As a result of the fall, petitioner, DENISE BROUSSARD, has sustained and will continue to sustain: medical expenses; physical and mental pain, and suffering; disability; and loss of enjoyment of life for which she is entitled to recover such damages as are reasonable in the premises.

6.

Upon information and belief, petitioner, DENISE BROUSSARD, further alleges that at the time of the fall, defendant, WAL-MART STORES, INC., was self-insured whereby the said defendant, WAL-MART STORES, INC., agreed to insure and indemnify its agents, servants, and employees against any liability resulting from accident or injuries to customers in its store.

7.

Petitioner desires and is entitled to have the attached Interrogatories and Requests for Production of Documents be made a part hereof and served upon the defendant simultaneously with the Petition for Damages, with the defendant ordered to produce the information and documents within the time delays provided by law.

8.

Petitioner, DENISE BROUSSARD, avers that at this time her damages do exceed the jurisdictional amount necessary for a trial by jury and for federal jurisdiction.

WHEREFORE, petitioner, DENISE BROUSSARD, prays that defendant, WAL-MART STORES, INC. be duly served with a copy of the foregoing petition and cited to appear and answer same, and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of petitioner, DENISE BROUSSARD, and against defendant, WAL-MART STORES, INC. for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for such additional relief as law, equity and the nature of the case may permit.

By Her Attorneys,

BAGGETT McCALL, LLC

BY: Erin M. Alley

**ERIN M. ALLEY #23214**
3006 Country Club Road (70605)
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
Phone: 337-478-8888
Fax: 337-478-8946
Service Email: service-ealley@baggettmccall.com
Regular Email: ealley@baggettmccall.com

**PLEASE SERVE THE FOLLOWING DEFENDANT:**

**WAL-MART STORES, INC.**
through its agent for service of legal process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

| | | |
|---|---|---|
| DENISE BROUSSARD | : | 14th JUDICIAL DISTRICT COURT |
| VS. NO. 2024-0341 | : | PARISH OF CALCASIEU |
| WAL-MART STORES, INC. | : | STATE OF LOUISIANA |
| FILED: JAN 26 2024 | : | DEPUTY CLERK OF COURT |

**REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED**

TO: Honorable Lynn Jones, II
Clerk of Court
Calcasieu Parish Courthouse
Lake Charles, Louisiana 70601

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for petitioner, DENISE BROUSSARD, in the above-captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

By Her Attorneys,

BAGGETT McCALL, LLC

BY: ______________________
**ERIN M. ALLEY #23214**
3006 Country Club Road (70605)
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
Phone: 337-478-8888
Fax: 337-478-8946
Service Email: service-ealley@baggettmccall.com
Regular Email: ealley@baggettmccall.com